JAMES R. DUFFY (1936-2019)
MICHAEL E. DUFFY
MARY ELLEN DUFFY
JAMES N. LICALZI
SEAN M. DUFFY
DOROTHY R. RENZ
CLIFFORD ARGINTAR

OF COUNSEL
THOMAS L. GALLIVAN
JOHN S. KANZLER
ALAN W. CLARK
TRIAL COUNSEL
PRISCO VARDARO

**DUFFY & DUFFY, PLLC**
ATTORNEYS AT LAW

1370 RXR PLAZA
UNIONDALE, NEW YORK 11556-1370
TELEPHONE (516) 394-4200
FACSIMILE (516) 394-4229

PLEASE SEND ALL MAIL TO THE UNIONDALE ADDRESS

FRANK TORRES
MARY-RITA WALLACE*
DAMIEN SMITH
LIZBETH MORALES
RHONDA L. MEYER
BENJAMIN H. BABCOCK
FRANK A. DISCIPIO

* ADMITTED IN NY & MA

NYC OFFICE:
555 5TH AVENUE, 14TH FL.
NEW YORK, NY 10017
(212) 918-0690

# MEMO ENDORSED

August 20, 2024

**Via ECF1**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> Edgardo Ramos, U.S.D.J
> Dated: August, 21, 2024
> New York, New York

Re:  *Daryl Overy v. Jose Cestona, Turnaround and R. Roman Truck Leasing, Inc.*
Civil Action No.: 22-cv-09382 (ER)

Dear Judge Ramos:

This firm represents plaintiff Daryl Overy in the above-referenced action. As ordered by this Court, Duffy & Duffy's motion to withdraw as counsel for the plaintiff, must be filed by August 23, 2024, therefore we respectfully submit this letter-motion requesting the Court's permission to file the declaration of Frank Torres, Esq., under seal, and to redact the confidential information from the publicly filed copy of said declaration. The un-redacted and redacted copies of declaration are being filed simultaneously with this request.

The reason we are seeking to file this declaration under seal is because the declaration supports a motion to withdraw as counsel, and such a filing is the preferred practice to preserve the confidentiality of the attorney-client relationship. *See, Team Obsolete Ltd. v. A.H.R.M.A. Ltd.*, 464 F. Supp. 2d 164, 165 (E.D.N.Y. 2006).

As ordered by this Court and with the Court's permission, on or before August 23, 2024, this firm will file the un-redacted declaration under seal on ECF and serve it together with the Notice of Motion to withdraw on the plaintiff, Daryl Overy, and will serve the redacted copy of the declaration together with the Notice of Motion to withdraw on opposing counsel.

Thank you for your consideration of this request

Respectfully submitted,

Frank Torres

/vr
cc:  LEWIS JOHS AVALLONE AVILES, LLP. - **Via ECF**