UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL OVERY,

        Plaintiff,

– against –

JOSE CESTONA, TURNAROUND, and R. ROMAN TRUCK LEASING INC.,

        Defendants.

**ORDER**

22-cv-09382 (ER)

RAMOS, D.J.:

    Daryl Overy bought this action against Jose Cestona, Turnaround, and R. Roman Truck Leasing, Inc. (collectively, "Defendants") by filing the Complaint in the Supreme Court of the State of New York, Bronx County on October 11, 2022, seeking to recover for personal injuries allegedly arising out of a motor vehicle accident on June 26, 2020, on the Major Deegan Expressway in Bronx County. Doc. 1-2 ¶¶ 14–21. Defendants removed the case to this District on the basis of diversity of citizenship on October 31, 2022. Doc. 1. Defendants filed an answer on November 16, 2022. Doc. 9.

    At Defendants' request, the deadline to complete discovery was extended twice between May 2023 and August 2024. Docs. 13, 22, 24. Overy and Cestona were deposed on August 22 and September 12, 2023, respectively.

    The Court held a conference on December 5, 2024, at which it granted Duffy & Duffy's motion to be relieved as counsel for Overy. The Court then issued an Order relieving Duffy & Duffy and directing: (1) Duffy & Duffy to provide a copy of the Order to Overy; and (2) Overy to report to the Court by January 3, 2025, whether he obtained new counsel or is proceeding *pro se*. Doc. 36. As directed, Duffy & Duffy mailed the December 5, 2024 Order to Overy on December 6, 2024 via Fed Ex, and it was delivered to his home address on December 9, 2024. Doc. 37.

On February 28, 2025. Nearly two months after the deadline imposed by the Court, Defendants filed a letter requesting leave to proceed with the instant motion. Doc. 38. The Court granted Defendants leave on April 1, 2025.

Defendants move for dismissal pursuant to Federal Rules of Civil Procedure 41(b) for failure to prosecute and Rules 16(f) and 37(b)-(d) for failure to comply with court orders on April 21, 2025, Doc. 40, but there is no indication on the docket that Defendants served the motion on Overy. Overy is not registered to receive notification of documents filed on ECF, and therefore it is likely that he has not received notice of the motion to dismiss. Accordingly, a copy of this Order will be mailed to Overy's last known address as reflected on Duffy & Duffy's Fed Ex receipt.

Overy is directed to file an opposition to Defendants' motion to dismiss by November 7, 2025. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated:   October 8, 2025
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.