**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DARYL OVERY,

                Plaintiff,

-against-                        22 **CIVIL** 9382 (ER)

**JUDGMENT**

JOSE CESTONA, TURNAROUND, *and*
R. ROMAN TRUCK LEASING INC.,

                Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 10, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 10, 2025

                                              **TAMMI M. HELLWIG**
                                              _____
                                                 **Clerk of Court**

                           **BY:**           *K. Mango*

                                                 _____
                                                 **Deputy Clerk**